IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT ALAN BEAUDRY                                           PLAINTIFF

            v.                Civil No. 05-5186

TOM KEITH, Circuit Judge, et al.                              DEFENDANTS

## O R D E R

Plaintiff's complaint was filed in this case on November 18, 2005. Before the undersigned is the issue of whether the complaint should be served. In order to assist the court in making such determination, it is necessary that plaintiff provide additional information with respect to his claims.

Accordingly, it is ordered that plaintiff, Brett Alan Beaudry, complete and sign the attached addendum to his complaint, and return the same to the court **by February 24, 2006. Plaintiff is advised that should he fail to return the completed and executed addendum by February 24, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for failure to obey an order of the court.**

IT IS SO ORDERED this 25th day of January 2006.

                                                            **/s/ Beverly Stites Jones**
                                                            HON. BEVERLY STITES JONES
                                                            UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRETT ALAN BEAUDRY                                                              PLAINTIFF

         v.                              Civil No. 05-5186

TOM KEITH, Circuit Judge, et al.                                          DEFENDANTS

### ADDENDUM TO COMPLAINT

TO: BRETT ALAN BEAUDRY

      This form is sent to you so that you may assist the court in making a determination as to the issue of whether your complaint should be served upon the defendants. Accordingly, it is required that you fill out this form and return this entire form (including this first page) back to the court **by February 24, 2006**. Failure to do so will result in the dismissal of your complaint.

      The response must be legibly handwritten or typewritten, and all questions must be answered completely in the proper space provided on this form. If you need additional space, you may attach additional sheets of paper to this addendum.

RESPONSE

      In your complaint, you allege that in June 2003 you filed a writ of habeas corpus in Judge Tom Keith's court and that Judge Keith ordered your appearance on June 30, 2003. At that time, you were in custody in the Western Reception Diagnostic & Correctional Center in St. Joseph, Missouri. You were not taken in front of Judge Keith on June 30, 2003, and thus you had to parole to a detainer. Due to your failure to appear, Judge Keith's order was canceled and vacated until your release from Missouri. You also state that had you been brought in front of Judge Keith on June 30, 2003, that case CR2003-1438-1 would not have happened. You also state that

you filed plea bargains on the two case and thus you cannot appeal. You state that you were not introduced to any of this information until October 14, 2005.

You also state that Dr. Mullins refuses to take your medical needs seriously. You claim that you have blood in your feces. You claim that Dr. Mullins treated this condition and told you that it would not reoccur, but it did. You requested that you be tested for cancer, but Dr. Mullins told you that 23-year olds do not get prostate or colon cancer. You state that the actual seriousness is still pending.

1. In your complaint, you name Judge Tom Keith as a defendant in this action, however you do not describe any facts to state a claim against Judge Keith. Explain what actions Judge Keith took that you believe violated your federal constitutional rights and explain why you believe he should be held liable for the allegations in your complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

2. Are you claim that Judge Keith took actions in his official capacity as a Circuit Court judge that violated your constitutional rights?

Answer: Yes_____ No_____

Explain your answer.

_____

_____

_____

_____

_____


3. In your complaint, you name Deputy Prosecuting Attorney Candace Taylor as a defendant in this action, however you do not describe any facts to state a claim against Taylor. Describe the actions took by Taylor that you believe violated your federal constitutional rights and explain why you believe Taylor should be held liable for the allegations in your complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

      4. Are you claiming that Taylor took actions in her official capacity as a prosecutor that violated your federal constitutional rights.

      Answer: Yes_____ No_____

      Explain your answer.

_____

_____

_____

_____

_____

      5. In your complaint, you name transport agent Deputy Nathan Atchinson as a defendant in this action, however you fail to describe any actions taken by Atchinson that violate your federal constitutional rights. Describe the actions taken by Atchinson that violated your federal constitutional rights and explain why you believe Atchinson should be held liable for the allegations in your complaint.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

      6.  In your complaint, you name transport agent Deputy R. L. Conner as a defendant in this action, however you fail to describe any actions taken by Conner that violate your federal constitutional rights.  Describe the actions taken by Conner that violated your federal constitutional rights and explain why you believe Conner should be held liable for the allegations in your complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

7. In your complaint, you name Deputy Prosecuting Attorney Shane Wilkinson as a defendant in this action, however you do not describe any facts to state a claim against Wilkinson. Describe the actions took by Wilkinson that you believe violated your federal constitutional rights and explain why you believe Wilkinson should be held liable for the allegations in your complaint

_____

_____

_____

_____

_____

_____

_____

_____

_____

8. Are you claiming that Wilkinson took actions in his official capacity as a prosecutor that violated your federal constitutional rights.

Answer: Yes_____ No_____

Explain your answer.

_____

_____

_____

_____

_____

      9. In your complaint, you name Prosecuting Attorney Robert C. Balfe as a defendant in this action, however you do not describe any facts to state a claim against Balfe. Describe the actions took by Balfe that you believe violated your federal constitutional rights and explain why you believe Balfe should be held liable for the allegations in your complaint.

_____

_____

_____

_____

_____

_____

_____

_____

      10. Are you claiming that Balfe took actions in his official capacity as a prosecutor that violated your federal constitutional rights.

      Answer: Yes_____ No_____

-7-

**AO72A**
**(Rev. 8/82)**

Explain your answer.

_____

_____

_____

_____

_____

11. In your complaint, you name Prosecuting Attorney Robin F. Green as a defendant in this action, however you do not describe any facts to state a claim against Green. Describe the actions took by Green that you believe violated your federal constitutional rights and explain why you believe Green should be held liable for the allegations in your complaint.

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. Are you claiming that Green took actions in his/her official capacity as a prosecutor that violated your federal constitutional rights.

Answer: Yes_____ No_____

Explain your answer.

_____

_____

_____

_____

_____

13. Who was responsible for getting you in front of Judge Keith on June 30, 2003? How do you know this?

_____

_____

_____

_____

_____

14. What do you mean when you say that the failure to get you in front of Judge Keith was "due to mess up"?

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

  15. What do you mean when you say that you had to "parole to a detainer"?

_____

_____

_____

_____

  16. What do you mean when you say that if you had been brought before Judge Keith on June 30, 2003 that case Cr2003-1438-1 would not have happened?

_____

_____

_____

_____

  17. What information were you introduced to on October 14, 2005? How would this information have changed the outcome of your criminal cases?

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

18. What charges have you been convicted of? Give the dates and case number for those convictions.

_____

_____

_____

_____

_____

19. You state that Dr. Mullins refuses to take your medical needs seriously. Are you stating this solely because he will not order a cancer test as you requested?

Answer: Yes_____ No_____

If you answered no, then state how he has ignored you medical needs in other ways.

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

20. You state that Dr. Mullins treated you for blood in your feces. How did he treat you (explain what tests or examinations were administered and what medications, if any, he prescribed)? Also, provide the date that he treated you.

_____

_____

_____

_____

_____

21. You state that Dr. Mullins told you that the blood would not reoccur after he treated you, but that it did, along with clear liquid. When did this happen? Give date.

_____

22. How long after the treatment that Dr. Mullins gave you did the blood in your feces stop?

_____

_____

_____

23. Have you ever been diagnosed with cancer? Do you have any other reason to suspect that you have cancer?

_____

AO72A
(Rev. 8/82)

_____

_____

      24. What are your dates of detention in the Benton County Detention Center?

_____

_____

_____

      25. Why are you detained in the Benton County Detention Center?

_____

_____

_____

     I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                                        _____
                                        BRETT ALAN BEAUDRY

                                        _____
                                        DATE

**AO72A**
**(Rev. 8/82)**