IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BRETT ALAN BEAUDRY                                              PLAINTIFF

v.                            Civil No. 05-5186

TOM KEITH, Circuit Judge, et al.                               DEFENDANTS

### O R D E R

Now on this 15th day of August, 2006, comes on for
consideration the **Magistrate Judge's Report and Recommendation**
(document #14), in this matter, to which no objections have been
filed, and the Court, having carefully reviewed said Report and
Recommendation, finds that it is sound in all respects, and that
it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, Plaintiff
Beaudry's Motion to Dismiss is granted and his Complaint is
hereby **dismissed without prejudice.**

**IT IS SO ORDERED.**


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE